UNITED STATES of America,
Plaintiff–Appellee,

v.

Rigoberto JAIMES, Defendant–
Appellant.

No. 04–40636.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 12, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Laredo, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Rigoberto Jaimes appeals his conviction and sentence for possession with intent to distribute more than five kilograms of cocaine. *See* 21 U.S.C. § 841. He argues that in light of the Supreme Court's recent decision in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), the district court erred in sentenc-

---

ing him under the then-mandatory Sentencing Guidelines. Jaimes has not shown, and the record does not support the contention, that had the guidelines been advisory, the court would have imposed a lesser sentence. *See e.g., United States v. Valenzuela–Quevedo,* 407 F.3d 728, 733 (5th Cir.2005), *petition for cert. filed* (July 25, 2005)(No. 05–5556); *United States v. Martinez–Lugo,* 411 F.3d 597, 601 (5th Cir.2005). Thus, he has failed to show plain error in his sentence. *See United States v. Mares,* 402 F.3d 511, 520 (5th Cir.2005), *petition for cert. filed* (Mar. 31, 2005) (No. 04–9517).

AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.